UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN KRAUSE,<br><br>Defendant. | Case: 1:26-cr-20108<br>Judge: Lawson, David M.<br>MJ: Morris, Patricia T.<br>Filed: 02-25-2026<br><br>Violations:<br>18 U.S.C. § 875(c) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Interstate Communication Containing Threat
to Kill or Injure Through Use of the Internet
18 U.S.C. § 875(c)**

On or about September 2, 2025, in the Eastern District of Michigan, KEVIN KRAUSE, knowingly and willfully transmitted in interstate and foreign commerce, by use of the internet, a comment on Facebook, a social media platform, a communication which contained a threat to kill or injure PERSON A, specifically,

1

KRAUSE threatened to physically attack and injure PERSON A. All in violation of Section 875(c) of Title 18 of the United States Code.

Dated: February 25, 2026

THIS IS A TRUE BILL

s/*Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/*Katharine Hemann*
KATHARINE HEMANN
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes   ☒ No

Case: 1:26-cr-20108
Judge: Lawson, David M.
MJ: Morris, Patricia T.
Filed: 02-25-2026

**Case Title:** USA v. Kevin Krause

**County where offense occurred:** Crawford County

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

✓ Indictment/____Information --- **no prior complaint.**
____Indictment/____Information --- based upon prior complaint [Case number: ____]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 25, 2026
Date

s/Katharine Hemann

101 First St. Ste. 200
Bay City, MI 48708
989-895-5712
Fax:   989-895-5790
E-Mail address: Katharine.Hemann@usdoj.gov
Attorney Bar #: WSBA #46237

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.