# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

UNITED STATES OF AMERICA,

     *Plaintiff,*

v.

KEVIN KRAUSE,

     *Defendant.*

_____ /

Case No. 1:26-cr-20108

David M. Lawson
United States District Judge

Patricia T. Morris
United States Magistrate Judge

## ORDER SEALING ORDER SETTING CONDITIONS OF RELEASE (ECF No. 14) AND DIRECTING FILING OF REDACTED VERSION

On March 31, 2026, the Court entered an Order Setting Conditions of Release (ECF No. 14). The Order contains the name of a victim, which should not be publicly disclosed.

Accordingly, to protect sensitive information, IT IS ORDERED that the Clerk shall SEAL the Order Setting Conditions of Release (ECF No. 14).

IT IS FURTHER ORDERED that the Clerk shall file a redacted version of the Order Setting Conditions of Release, omitting the victim's name.

IT IS SO ORDERED.

Date: April 2, 2026

S/PATRICIA T. MORRIS
Patricia T. Morris
United States Magistrate Judge